Andrea A. Wirum, State Bar. No. 095616
Chapter 7 Trustee
P.O. Box 1108
Lafayette, CA 94549
Telephone & Fax: (415) 294-7710
trustee@wirum.com



FILED
MAR 17 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

THOMPSON SR., MORLEY P.

Debtor(s)

Case No. 04-11142

Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3010, the Trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of **$7.06**. The name(s) and address(es) of the claimant(s) entitled to the unclaimed dividend(s) are attached as Exhibit "A".

Total Unclaimed Dividends **$7.06**

Dated: March 9, 2011

/s/ Andrea Wirum
Andrea A. Wirum, Trustee

Case: 04-11142   Doc# 321   Filed: 03/17/11   Entered: 04/01/11 18:47:05   Page 1 of 3

## Claims Distribution Small Checks

Trustee: Andrea Wirum Ch 7 Trustee (001220)

Case: 04-11142 - THOMPSON SR., MORLEY P

| Account No. | Check No. Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200023523 0366 | 11135 03/10/11 | | | Payee: | U.S. Bankruptcy Court Registry | | | Check Amount: | $7.06 |
| | | 4 | 06/01/04 | 610 | Rich Electric<br>110 Carlos Dr<br>San Rafael, CA 94903 | 295.52 | 295.52 | 0.65 | 0.13 |
| | | 5 | 06/07/04 | 610 | eCAST Settlement Corp.<br>Providian National Bank<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | 3,075.81 | 3,075.81 | 6.82 | 1.38 |
| | | 6 | 06/14/04 | 610 | Martha J. Simon<br>Law Offices of Martha J. Simon<br>155 Montgomery St., #1004<br>San Franciso, CA 94104 | 3,180.69 | 3,180.69 | 7.05 | 1.42 |
| | | 10 | 09/09/04 | 610 | Robert A Burson P A<br>P O Box 1620<br>Stuart, FL 34995 | 3,041.00 | 3,041.00 | 6.74 | 1.36 |
| | | 19 | 11/14/06 | 610 | Donlan Landscape Contractors<br>P O Box 941<br>Belvedere, CA 94920-0941 | 5,186.06 | 5,186.06 | 11.49 | 2.31 |
| | | 21 | 11/17/06 | 610 | Citibank (South Dakota) N.A.<br>BP Amoco Payment Center<br>4740 121st St.<br>Urbandale, IA 50323 | 251.73 | 251.73 | 0.56 | 0.11 |

(*) Denotes objection to Amount Filed

Case: 04-11142 - THOMPSON SR., MORLEY P

| Account No. | Check No. Issued Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|
| | 26 | 01/17/07 | 610 | Mills-Peninsula Health Svcs<br>File #73688<br>P O Box 60000<br>San Francisco, CA 94160-3688 | 801.00 | 801.00 | 1.77 | 0.35 |

(*) Denotes objection to Amount Filed

Case: 04-11142   Doc# 321   Filed: 03/17/11   Entered: 04/01/11 18:47:05   Page 3 of 3